FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 15, 2025

Kevin P. Weimer, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PEGGY A. WILLIAMS, individually<br>Plaintiff,<br><br>v.<br><br>INFOSYS MCCAMISH SYSTEMS, LLC,<br>Defendant. | Case No.: 1:24-cv-03124-JPB<br><br>**MOTION TO INCLUDE CASE IN CONSOLIDATED SETTLEMENT CASE NO. 1:24-cv-00995-JPB** |

Plaintiff, Peggy A. Williams, appearing **pro se**, respectfully moves this Court to include their case in the consolidated settlement of JOHN MCNALLY, et al. In support of this motion, Plaintiff states the following:

Plaintiff filed this lawsuit on July 16, 2024, in the Northern District Court of Georgia regarding the Data Breach event on November 2, 2023, unauthorized access/acquisition of Plaintiff's personally identifiable information (PII) that included their Intellectual Property. The Plaintiff is a party to the litigation, but

was not included in the settlement agreement despite the Plaintiff's direct interest in the outcome.

Failure to include the Plaintiff unfairly prejudices the Plaintiff's rights, creating a procedural and substantive disadvantage.

Plaintiff's claims arise from the same data breach that is the subject of JOHN MCNALLY, et al. The allegations and the affected parties are materially similar.

Under Rule 42(a) of the Federal Rules of Civil Procedure, courts have discretion to consolidate cases with common issues of law or fact. Inclusion in the settlement is appropriate based on the circumstances, and all parties with a vested interest should be included in the settlement agreement. Excluding the Plaintiff from the settlement agreement would result in unfair prejudice.

The inclusion of the Plaintiff's case in the settlement would also serve the interests of the judicial economy, preventing unnecessary litigation duplication.

Plaintiff seeks clarification on whether their claims fall under the terms of the existing settlement and requests inclusion to ensure fair resolution. Plaintiff respectfully requests that the Court order Plaintiff's inclusion in the settlement agreement and request any other relief deemed just and proper.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and include Plaintiff's case in the consolidated settlement or, in the

May 12, 2025

**United States District Court**
Honorable J. P. Boulee, United States District Judge
1988 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Honorable J. P. Boulee,

Please find the enclosed copy of the proposed Motion submitted to the Court in connection with Plaintiff's Motion to include the case in the consolidated settlement Case No. 1:24-cv-00995-JPB. The consolidation proposed order was filed in Williams v. Infosys McCamish Systems., LLC (No. 1:24-cv-03124-JPB).

Thank you,

Peggy A. Williams, ***pro se***
P.O. Box 21971
San Jose, CA 95151

alternative, provide guidance on their legal rights under the settlement terms.

**IT IS SO ORDERED,** this _____day of _______________, 2025.

_________________________________

Honorable J. P. Boulee
UNITED STATES DISTRICT JUDGE

Ms. Peggy Williams
PO Box 21971
San Jose, CA 95151

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 2935 4207 52

Retail

UNITED STATES POSTAL SERVICE®

30303

RDC 99

U.S. POST
FCM LG E
SAN JOS
MAY 12,

$6.6

S2324A

**United States District Court**
Honorable J. P. Boulee, United States District Judge
1988 Richard B Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

CLEARED SECURI...

MAY 15 2025
U.S. MARSHALS SERVICE
Atlanta, Georgia

MAY 15 2025
U.S. MARSHALS SERVICE
Atlanta, Georgia